UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | 15-1498-MJ | Date | February 4, 2016 |
|---|---|---|---|
| Title | USA v. Hector Manuel Lara Gutierrez | | |

| Present: The Honorable | GAIL J. STANDISH, UNITED STATES MAGISTRATE JUDGE |
|---|---|

| E. Carson | CS - Roybal 341 |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Benjamin Lichtman | Ashfq Chowdhury |

**Proceedings:**   ORDER RE DETENTION

   Defendant made his initial appearance on an extradition warrant based on a request from Mexico. The government moved for detention, to which the defendant submitted.

   The matter is set for a status conference on March 11, 2016, at 1:00 p.m. in Courtroom 23 of the United States Courthouse, located at 312 North Spring Street, Los Angeles, CA 90012.

cc:   All parties of record

:
Initials of Preparer          efc